UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIMBERLY KESSLER, et al.,

    Plaintiff(s),                       No. C 09-4149 PJH

    v.                                **ORDER SCHEDULING CASE MANAGEMENT CONFERENCE**

ASTRAZENECA LP, et al.,

    Defendant(s).

_____/

ANGEL COLON, et al.,

    Plaintiff(s),                       No. C 09-4158 PJH

    v.

ASTRAZENECA LP, et al.,

    Defendant(s).

_____/

ANTONIO BURTON, et al.,

    Plaintiff(s),                       No. C 09-4162 PJH

    v.

ASTRAZENECA LP, et al.,

    Defendant(s).

_____/

    In view of the February 5, 2010, order vacating the conditional transfer order, and before any party requests that the stay be lifted or re-notices any previously-filed motion for remand for a new hearing date, the court requires that all parties in the three above-entitled cases appear for a case management conference on February 18, 2010, at 2:00 p.m. at the Federal Courthouse, 1301 Clay Street, Oakland, CA. If February 18, 2010 is not an acceptable date for all parties, March 18, 2010 at 2:00 is the next available date. Should

the parties wish to appear on the latter date, a stipulation to that effect must be filed before February 18, 2010. Case management statements in each case may be filed two days before the date of the conference.

**IT IS SO ORDERED.**

Dated: February 8, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge