IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BAIN, et al., | No. 09-4147 CW |
| Plaintiffs, | ORDER RELATING CASES |
| v. | |
| ASTRAZENECA LP, ASTRAZENECA PHARMACEUTICALS LP and MCKESSON CORPORATION, | |
| Defendants. | |

Plaintiffs Lisa Bain, et al.; Defendants AstraZeneca LP, AstraZeneca Pharmaceuticals LP and McKesson Corporation; and plaintiffs in sixteen other actions in the Northern District of California have filed a Motion for Administrative Relief Requesting Single Assignment of Seroquel Cases. They assert that their cases, four of which are already assigned to the undersigned, are sufficiently related and that the interests of justice and judicial efficiency warrant the assignment of these cases to a single judge. The parties have filed a stipulation reflecting their agreement to single assignment, and no opposition has been lodged against their motion. The Court construes the parties' motion as an administrative motion to consider whether cases should be related.

See Civil L.R. 3-12(b).

As the Judge assigned to the earliest filed case in this set of cases, I find that the more recently filed cases below are related to the case assigned to me, and such cases shall be reassigned to me.

Kessler, et al. v. AstraZeneca LP, et al., 09-4149 PJH
Bates, et al. v. AstraZeneca LP, et al., 09-4150 SC
Harrison, et al. v. AstraZeneca LP, et al., 09-4151 JSW
Arnold, et al. v. AstraZeneca LP, et al., 09-4157 MHP
Boggis, et al. v. AstraZeneca LP, et al., 09-4159 RS
Colon, et al. v. AstraZeneca LP, et al., 09-4158 PJH
Trim, et al. v. AstraZeneca LP, et al., 09-4160 JSW
Coffey, et al. v. AstraZeneca LP, et al., 09-4161 VRW
Burton, et al. v. AstraZeneca LP, et al., 09-4162 PJH
Miller, et al. v. AstraZeneca LP, et al., 09-4163 SC
Diston, et al. v. AstraZeneca LP, et al., 09-4165 VRW
Brown, et al. v. AstraZeneca LP, et al., 10-0288 RS
O'Brien, et al. v. AstraZeneca LP, et al., 10-0289 JSW

Counsel are instructed that all future filings in any reassigned case are to bear the undersigned's initials immediately after the case number. A case management conference will be held in all of these cases on August 3, 2010 at 2:00 p.m. The parties shall adjust the dates for the conference, disclosures and report required by Federal Rules of Civil Procedure 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in

effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the Court.

IT IS SO ORDERED.

Dated: 6/7/2010

*Claudia Wilken*
CLAUDIA WILKEN
United States District Judge