IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BAIN, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ASTRAZENECA, LP, et al.,<br><br>    Defendants.<br>======================================/ | No. C 09-4147 CW<br><br>ORDER SETTING CASE MANAGEMENT CONFERENCE AND ADDRESSING FUTURE FILINGS AND DEADLINES |
| LISA SAUNDERS, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ASTRAZENECA, LP, et al.,<br><br>    Defendants.<br>======================================/ | No. C 09-4148 CW |
| KIMBERLY KESSLER, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ASTRAZENECA, LP, et al.,<br><br>    Defendants.<br>======================================/ | No. C 09-4149 CW |
| CYNTHIA ARNOLD, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ASTRAZENECA, LP, et al.,<br><br>    Defendants.<br>======================================/ | No. C 09-4157 CW |

**United States District Court**
For the Northern District of California

| | | |
|---|---|---|
| 1 | ANGEL COLON, et al., | No. C 09-4158 CW |
| 2 | Plaintiffs, | |
| 3 | v. | |
| 4 | ASTRAZENECA, LP, et al., | |
| 5 | Defendants. | |
| 6 | ======================================/ | |
| 7 | MARK COFFEY, et al., | No. C 09-4161 CW |
| 8 | Plaintiffs, | |
| 9 | v. | |
| 10 | ASTRAZENECA, LP, et al., | |
| 11 | Defendants. | |
| | ======================================/ | |
| 12 | SHARON DISTON, et al., | No. C 09-4165 CW |
| 13 | Plaintiffs, | |
| 14 | v. | |
| 15 | ASTRAZENECA, LP, et al., | |
| 16 | Defendants. | |
| 17 | ======================================/ | |
| | DAMON BROWN, et al., | No. C 10-0288 CW |
| 18 | Plaintiffs, | |
| 19 | v. | |
| 20 | ASTRAZENECA, LP, et al., | |
| 21 | Defendants. | |
| 22 | ======================================/ | |
| 23 | DENNIS O'BRIEN, et al., | No. C 10-0289 CW |
| 24 | Plaintiffs, | |
| 25 | v. | |
| 26 | ASTRAZENECA, LP, et al., | |
| 27 | Defendants. | |
| 28 | ======================================/ | |

2

| | | |
|---|---|---|
| 1 | DONALD BATES, et al., | No. C 09-4150 CW |
| 2 |     Plaintiffs, | |
| 3 |   v. | |
| 4 | ASTRAZENECA, LP, et al., | |
| 5 |     Defendants. | |
| 6 | _____/ | |
| 7 | ANTONIO BURTON, et al., | No. C 09-4162 CW |
| 8 |     Plaintiffs, | |
| 9 |   v. | |
| 10 | ASTRAZENECA, LP, et al., | |
| 11 |     Defendants. | |
| 12 | _____/ | |
| 13 | BONG NGYUEN, et al., | No. C 09-4166 CW |
| 14 |     Plaintiffs, | |
| 15 |   v. | |
| 16 | ASTRAZENECA, LP, et al., | |
| 17 |     Defendants. | |
| 18 | _____/ | |

The Court SETS a further case management conference for Thursday, February 14, 2013 at 2:00 p.m. in the above-captioned cases, except Case Nos. 09-4162 and 09-4166.

On December 12, 2012, the Court granted motions to withdraw as counsel for Plaintiffs Bevelon Johnson through her survivors, Maxine Roark and Carol Scaramuzza. Thereafter, pursuant to Court order, the Mulligan Law Firm provided Ms. Johnson and Ms. Roark or their survivors with a copy of the Court's December 14, 2012 order and notice that the Court had granted the motions to withdraw and that they were required to attend the January 9, 2013 case

3

1 management conference in person or through new counsel, or their
2 cases would be dismissed for failure to prosecute. See Orr Decl.
3 ¶¶ 2-4, Docket No. 74 in Case No. 09-4162. The Miller Firm
4 provided similar notice to Ms. Scaramuzza. See Dickens Decl.
5 ¶¶ 3-5, Docket No. 81 in Case No. 09-4148. None of Ms. Johnson's
6 survivors, Ms. Roark or Ms. Scaramuzza appeared at the January 9,
7 2013 case management conference in person or through new counsel.
8 Accordingly, the Court DISMISSES their claims without prejudice
9 for failure to prosecute. These dismissals resolve the claims of
10 the last Plaintiffs in Case Nos. 09-4162 and 09-4166.

11      At the January 9, 2013 hearing, the Court granted the Miller
12 Firm's motion to withdraw as counsel for Plaintiff Lynus Stewart.
13 Pursuant to Civil Local Rule 11-5, withdrawal is subject to the
14 condition that papers may continue to be served on counsel for
15 forwarding purposes, unless and until Mr. Stewart appears by other
16 counsel or pro se. The Court directs the Miller Firm to provide a
17 copy of this Order to Mr. Stewart, along with notice that the
18 Court has granted the motion to withdraw, subject to the condition
19 specified above, that a case management conference will be held
20 before this Court on February 14, 2013 at 2:00 p.m. and that he
21 must attend in person or through new counsel, or his case will be
22 dismissed for failure to prosecute. The Miller Firm shall serve
23 these documents on Mr. Stewart within three days of the date of
24 this Order and by that date shall also file a declaration
25 attesting that it has done so.

26      Plaintiffs' counsel is directed to file a case management
27 statement one week before the February 14, 2013 conference setting
28 forth the current status of each remaining Plaintiff. The Court

4

notes that, at the January 9, 2013 hearing, the Miller Firm indicated that it intended to move to withdraw as counsel for Plaintiffs Rosemary Camacho and Miguel Porto. At that time, the Court directed it to do so by January 10, 2013 and to notice the motions for hearing on February 14, 2013. On January 10, 2013, the Miller Firm moved to withdraw as counsel for Mr. Porto only and did not file a similar motion to withdraw as counsel for Ms. Camacho.

The Miller Firm, the Mulligan Law Firm and counsel for Defendants are granted leave to appear by telephone at the February 14, 2013 case management conference and hearing.

IT IS SO ORDERED.

Dated: 1/14/2013

CLAUDIA WILKEN
United States District Judge